THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARIE T. MAGUIRE, as Executrix for the Estate of THOMAS K. MAGUIRE, and MARIE T. MAGUIRE, Individually,<br><br>                   Plaintiffs,<br><br>            -against-<br><br>A. C. and S., INC., *et al*.,<br><br>                   Defendants. | Civil Action No. 1:14-cv-07578-PAE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Goodyear Tire & Rubber Company ("Goodyear"), a non-governmental corporate party, states that it has no parent corporation. Goodyear further states that BlackRock, Inc. owns 10% or more of its stock.

Dated:  New York, New York
          October 23, 2014

                                    LYNCH DASKAL EMERY LLP
                                    Attorneys for The Goodyear Tire & Rubber Company

                                    By: _____s/_____
                                          Lawrence G. Lee
                                    264 West 40th Street
                                    New York, New York 10018
                                    (212) 302-2400
                                    (212) 302-2210 (fax)
                                    lee@lawlynch.com

## **CERTIFICATE OF SERVICE**

I, LAWRENCE G. LEE, do hereby certify that on October 23, 2014, I electronically filed the defendant The Goodyear Tire & Rubber Company's **RULE 7.1 STATEMENT** with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system.

Dated: New York, New York
October 23, 2014

_____s/_____
Lawrence G. Lee
