AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

THOMAS MAGUIRE and MARIE MAGUIRE )
              *Plaintiff* )
              v. )    Case No.   1:14-cv-07578 (PAE)
A.C. AND S. INC, ET AL. )
              *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PREMIER REFRACTORIES, INC., f/k/a ADIENCE, INC., f/k/a BMI

Date:    10/23/2014                                    /s/
                                                                *Attorney's signature*

                                                     James M. Skelly (JMS/4844)
                                                   *Printed name and bar number*

                             Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
                                              530 Saw Mill River Road
                                              Elmsford, New York 10523
                                                              *Address*

                                                   jmskelly@moodklaw.com
                                                          *E-mail address*

                                                     (914) 345-3701
                                                     *Telephone number*

                                                     (914) 345-3743
                                                          *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

David Barry, Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003

All Defense Counsel on Service Rider

/s/
James M. Skelly (JMS/4844)

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
Attorneys for Defendant
**PREMIER REFRACTORIES, INC.,
f/k/a ADIENCE, INC., f/k/a BMI**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No. 473.98271

{PH606179.1}

David Barry, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Dennis Vega, Esq.
Sedgwick, LLP
One Newark Center
1085 Raymond Boulevard - 16th Floor
Newark, NJ 07201

John F. Renzulli, Esq.
Renzulli Law Firm, LLP
81 Main Street - Suite 508
White Plains, NY 10601

Nancy McDonald, Esq.
McElroy, Deutsch, Mulvaney
& Carpenter, LLP
1300 Mount Kemble Avenue
P. O. Box 2075
Morristown, NJ 07962-2075

Jule Evans, Esq.
Wilson, Elser, Moskowitz
Edelman & Dicker, LLP
150 East 42nd Street
New York, NY 10017-5639

Andew Sapon, Esq,
Litchfield Cavo, LLP
420 Lexington Avenue
Sutie 2104
New York, NY 10170

James S. Montano, Esq.
McCullough, Ginsberg, Montano
& Partners
122 East 42nd Street - Suite 3506
New York, NY 10168

Chris Gannon, Esq.
Segal, McCambridge, Singer
& Mahoney, LTD.
850 3rd Avenue - Suite 1100
New York, NY 10022

Mark Hsu, Esq.
Hawkins, Parnell, Thackston
& Young
600 Lexington Avenue - 8th Floor
New York, NY 10022

Kerryann Cook, Esq.
McGivney and Kluger, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Robert C. Malaby, Esq.
Malaby & Bradley, LLC
150 Broadway, Suite 600
New York, NY 10038

Heidi Chang, Esq.
McMahon, Martine
& Gallahger, LLP
55 Washington Street - 7th Floor
Brooklyn, NY 11201

Raghu N. Bandlamudi, Esq.
Cullen & Dykman, LLP
44 Wall Street
New York, NY 10005

Norman Senior, Esq.
Greenfield, Stein & Senior, LLP
600 Third Avenue
11th Floor
New York, NY 10016

Timothy M. McCann, Esq.
Law Offices of David M. Santoro
4 Irving Place
New York, NY 10003-3598

Donald Fay, Esq.
Waters, McPherson & McNeil, P.C.
300 Lighting Way - 7th Floor
P.O. Box 1560
Secaucus, New Jersey 07096

Paul A. Scrudato, Esq.
Schiff Hardin, LLP
666 Fifth Avenue
17th Floor
New York, NY 10103

Marla Eskin, Esq.
Campbell & Levine, LLC.
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801

Philip J. O'Rourke, Esq.
Lewis, Brisbois, Bisgaard
& Smith, LLP
199 Water Street - Suire 2500
New York, NY 10038

Tom Reidy, Esq.
Ward Norris, Heller & Reidy
300 State Street
Rochester, NY 14614

Suzanne Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street
14th Floor
New York, NY 10006

Scott R. Emery, Esq.
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Andrew P. Fishkin, Esq.
Edwards Wildman
750 Lexington Avenue
New York, NY 10022

Eric Statman, Esq.
Darger, Errante, Yavitz
& Blau, LLP
116 East 27th Street
New York, New York 10016

Jennier W. Darger, Esq.
Darger, Errante, Yavitz
& Blau, LLP
116 East 27th Street
New York, New York 10016

Judith Yavitz, Esq.
Darger, Errante, Yavitz
& Blau, LLP
116 East 27th Street
New York, New York 10016

Peter J. McDonald, Esq.
Ronca, Hanley, Nolan
& Zaremba, LLP
29 Northfield Ave. - Ste. 2
West Orange, NJ 07052

John J. Ronca, Esq.
Ronca, Hanley, Nolan
& Zaremba, LLP
29 Northfield Ave. - Ste. 2
West Orange, NJ 07052

Lisa M. Pascarella, Esq.
Pascarella, Divita, Lindenbaum &
Tomaszeswki, PLLC
2737 Route 35 - Suite 290
Holmdel, NJ 07773

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran,
Dunst & Doukas, LLP
40 Patterson Street
P.O. Box 480
New Brunswick, NJ 08093

Amiel Gross, Esq.
SNR Denton US, LLP
2111 Avenue of the Americas
23rd Floor
New York, NY 10020

Richard Marin, Esq.
Marin Goodman, LLP
500 Mamaroneck Avenue
Suite 501
Harrison, NY 10528

Samuel Goldblatt, Esq.
Nixon Peabody, LLP
Key Towers at Fountain Plaza
40 Fountain Plaza - Suite 500
Buffalo, NY 14202-2205

Daniel S. Moretti, Esq.
Landman, Corsi, Ballaine
& Ford, PC
120 Broadway, 27th Floor
New York, NY 10166

Anna M. DiLonardo, Esq.
Marshall, Dennehy, Warner,
Coleman & Goggin
105 Maxes Road
Suite 303
Melville, NY 11747

Grissel Seijo, Esq.
Winston & Strawn
200 Park Avenue
New York, NY 10166

Frank Quinn, Esq.
Lavin, O'Neil, Ricci,
Cedrone & Disipio
420 Lexington Avenue
Suite 335
New York, NY 10170

David Colligan, Esq.
Watson, Bennett, Colligan,
Johnson & Schechter
600 Fleet Bank Building
12 Fountain Plaza
Buffalo, NY 14203

Bonnie, T. O'Connor, Esq.
Smith, Murphy & Schoepperle, LLP
756 Ellicott Square Building
Buffalo, NY 14203